Dear Clerk,

On 12-4-2014 an Application for 11.07 Writ of Habeas Corpus was presented to the Court. On 12-17-2014 my 11.07 Writ of Habeas Corpus was dismissed without a written order.

I had no idea that an 11.07 was being filed on my behalf. Could you please give me the name of the attorney who presented the writ to the Court. Thank you Very Much

Sincerely,

Gregory B. Duncan
#929358

**RECEIVED IN**
COURT OF CRIMINAL APPEALS

JAN 05 2015

Abel Acosta, Clerk